IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID E. MACK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No. 4:12-CV-00304-RC-ALM |
| | § | |
| NCO FINANCIAL SYSTEMS, INC. | § | |
| | § | |
| Defendants. | § | |

### DEFENDANT, NCO FINANCIAL SYSTEMS, INC.'S, RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes Defendant, NCO Financial Systems, Inc. (NCO), which, pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states as follows:

1. Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2. NCO Financial Systems, Inc., a Pennsylvania corporation, is wholly owned by Compass International Services Corporation, a Delaware corporation. Compass International Services Corporation is wholly owned by Expert Global Solutions, Inc. f/k/a NCO Group, Inc., a Delaware corporation. All of the aforementioned corporations are ultimately wholly owned by EGS Holdings, Inc., a Delaware corporation. One Equity

Partners and its corporate affiliates, which are affiliates of JP Morgan Chase & Co., own approximately 95% of EGS Holdings, Inc. stock.

        Respectfully Submitted,

        /s/ Whitney L. White
        Whitney L. White
        State Bar No. 24075269
        **Sessions, Fishman, Nathan, & Israel, LLC**
        900 Jackson Street, Suite 440
        Dallas, Texas 75202
        Telephone: (214) 741-3001
        Facsimile:  (214) 741-3055
        Email: wwhite@sessions-law.biz
        **Attorney for Defendant,**
        **NCO Financial Systems, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of June, 2012, a copy of the foregoing **Defendant, NCO Financial Systems, Inc.'s, Rule 7.1(a) Corporate Disclosure Statement** was electronically filed with the Clerk of the Court, United States District Court for the Eastern District of Texas, and served upon the following:

*Via CM/RRR*
David Mack
7720 McCallum Blvd #2099
Dallas, Texas 75252
Telephone: 972-735-9642

/s/ Whitney L. White
Whitney L. White