IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JAN 0 2 2013

DAVID J. MALAND, CLERK
BY
DEPUTY _____

DAVID E. MACK )
    Plaintiff, )
)  Case No. 4:12CV304
vs )
)
)
NCO FINANCIAL SYSTEMS, INC. )
    Defendant. )
)
)

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF THIS COURT:

The Plaintiff, David E Mack, files this Motion for Enlargement of Time, and in support thereof would show:

1. Defendant filed a Motion for summary judgment with the court on December 17, 2012.

2. Plaintiff requests an enlargement of time of 14 days to respond to Defendant's Motion to Dismiss.

WHEREFORE, the Plaintiff respectfully moves the Court to issue an order allowing Plaintiff the additional time to respond as requested.

Respectfully Submitted,

_____
David E Mack
7720 McCallum Blvd. # 2099
Dallas, Texas 75252
972-735-9642

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the document above was sent to the parties listed below by first class mail USPS.

Dated December 31, 2012

_David E Mack_
David E Mack

Whitney White
Sessions Fishman Nathan & Israel, LLC
900 Jackson Street
Suite 440
Dallas, Texas 75202