# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| DAVID E. MACK | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:12cv304 |
| | § | (Judge Clark/Judge Mazzant) |
| NCO FINANCIAL SYSTEMS, INC. | § | |

### ORDER

Pending before the Court is Plaintiff's Motion for Enlargement of Time to Respond to Defendant's Motion for Summary Judgment (Dkt. #19). The Court finds that the motion should be granted.

It is therefore **ORDERED** that Plaintiff's request for a fourteen (14) day extension to file a response is **GRANTED.**

**SIGNED** this 4th day of January, 2013.

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE