IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID E. MACK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No. 4:12-CV-00304-RC-ALM |
| | § | |
| NCO FINANCIAL SYSTEMS, INC., | § | |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties, David E. Mack ("Plaintiff") and NCO Financial Systems, Inc. ("Defendant"), hereby file this joint stipulation of dismissal with prejudice of all claims brought in this action and state: Plaintiff dismisses all claims against Defendant with prejudice. Each party is to bear their own attorney's fees and costs.

Dated this 29th day of January, 2013.


Respectfully submitted,


/s/ David E. Mack                                         /s/ Whitney L. White
David E. Mack                                              Whitney L. White
7720 McCallum Blvd. #2099                    SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
Dallas, Texas 75252                                   900 Jackson St., Ste. 440
                                                                       Dallas, Texas 75202
**Plaintiff,** *pro se*                                  Telephone: 214-741-3001
                                                                       Facsimile: 214-741-3055

                                                                       **Attorney for Defendant,**
                                                                       **NCO Financial Systems, Inc**.

## CERTIFICATE OF SERVICE

I certify that on this 29th day of January, 2013, a copy of the foregoing **Joint Stipulation of Dismissal With Prejudice** was filed electronically with the clerk of the Court. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Notice was sent via certified mail, return receipt requested, to Plaintiff, *pro se*, at the address below:

> David Mack
> 7720 McCallum Blvd. #2099
> Dallas, Texas 75252

> /s/ Whitney L. White
> Whitney L. White